AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Manion, Daniel A. | USCA-7 | 05/24/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III | ☐ Nomination, Date <br> ☐ Initial ✓ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 Grant Federal Building <br> 204 S. Main Street <br> South Bend, IN 46601 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Manion, Daniel A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Key Bank checking | A | Interest | K | T | | | | | |
| 2. Key Bank checking #2 | | None | K | T | | | | | |
| 3. AIM Asia Pacific Growth fund | | None | | | Sold | 09/21/10 | K | B | |
| 4. Gabelli Value Mutual Fund | | None | | | Sold | 09/21/10 | K | A | |
| 5. Templeton Foreign Fund | | None | | | Sold | 09/21/10 | M | | |
| 6. Europacific Growth Fund | | None | | | Sold | 04/20/10 | L | D | |
| 7. Goldman Sachs Small Cap Value Fund | A | Distribution | | | Sold | 04/20/10 | L | | |
| 8. Hartford Capital Appreciation Fund | | None | | | Sold | 04/20/10 | L | C | |
| 9. AIM Developing Markets Fund | | None | | | Sold | 04/20/10 | J | B | |
| 10. First Opportunity Fund | | None | J | T | | | | | |
| 11. UBS deposit account (RMA money market) | A | Distribution | N | T | | | | | |
| 12. Seligman Global Fund | | None | | | Sold | 05/14/10 | J | B | |
| 13. Janus Fund | | None | | | Sold | 10/21/10 | L | D | |
| 14. Fidelity Magellan Fund | A | Distribution | | | Sold | 11/11/10 | L | | |
| 15. Diamonds | | None | J | W | | | | | |
| 16. Boeing Company common | A | Dividend | J | T | | | | | |
| 17. Evansville Redev. Bond | A | Interest | | | Redeemed | 01/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackro k Muni 2018 Trust | A | Dividend | J | T | | | | | |
| 19. Barclays Bank preferred | A | Dividend | J | T | | | | | |
| 20. Credit Suisse preferred | A | Dividend | J | T | | | | | |
| 21. Deutsche Bank preferred | A | Dividend | J | T | | | | | |
| 22. ING Group preferred | A | Dividend | J | T | | | | | |
| 23. Bank of America preferred | B | Dividend | K | T | | | | | |
| 24. South Bend Redev. Bond | A | Interest | J | T | | | | | |
| 25. Indiana St. Dev. Bond | A | Interest | J | T | | | | | |
| 26. Chicago IL O'Hare bond | A | Interest | J | T | | | | | |
| 27. Brownsville TX bond | A | Interest | J | T | | | | | |
| 28. Indianapolis IN loc bond | A | Interest | J | T | | | | | |
| 29. Indianapolis IN gas bond | A | Interest | J | T | | | | | |
| 30. Hamilton Co. OH bond | A | Interest | J | T | | | | | |
| 31. Kane/DeKalb Co. IL bond | B | Interest | K | T | | | | | |
| 32. University Akron bond | A | Interest | J | T | | | | | |
| 33. Keycorp common | A | Dividend | L | T | | | | | |
| 34. UBS deposit account | A | Distribution | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRAs -- items 36-53 | | | | | | | | | |
| 36. Oppenheimer Capital Appreciation fund | | None | | | Sold | 08/30/10 | J | A | |
| 37. UBS Bank USA dep (liquid assets fund) | A | Distribution | M | T | | | | | |
| 38. General Elect ic | A | Dividend | J | T | | | | | |
| 39. Davis NY Venture Fund | A | Distribution | J | T | Sold (part) | 08/30/10 | K | | |
| 40. Franklin Balance Sheet | C | Distribution | K | T | | | | | |
| 41. Franklin Income Fund | A | Distribution | J | T | | | | | |
| 42. Ally BK Midvale fixed rate CD | A | Interest | | | Buy | 07/30/10 | K | | |
| 43. Ally BK Midvale fixed rate CD | | None | | | Sold | 09/30/10 | K | | |
| 44. Merchangs Bank fixed rate CD | A | Interest | K | T | Buy | 11/24/10 | K | | |
| 45. Medallion Bank fixed rate cd | A | Interest | J | T | Buy | 12/03/10 | J | | |
| 46. Columbus BTT fixed rate cd | A | Interest | K | T | Buy | 11/29/10 | K | | |
| 47. American Express fixed rate cd | | None | J | T | Buy | 12/28/10 | J | | |
| 48. US West Communications deb | A | Interest | J | T | Buy | 09/09/10 | K | | |
| 49. GE Money Bank fixed rate cd | A | Interest | | | Buy | 07/30/10 | K | | |
| 50. GE Money Bank fixed rate cd | A | Interest | | | Sold | 10/15/10 | K | | |
| 51. Federal 401 K plan | | None | | | Sold | 06/04/10 | N | | transferred to UBS IRA |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. State of Indiana retirement | | None | J | T | | | | | |
| 53. Growth Fund America | | None | K | T | | | | | |
| 54. 20/20 Fund (Jennison) | | None | L | T | | | | | |
| 55. *Northwestern Mutual Life Insurance* | | None | M | T | | | | | |
| 56. Unimproved real estate St. Joseph Cty, IN | | None | L | W | | | | | |
| 57. Baird Trust Acct: items 58-98 | | | | | | | | | |
| 58. Automatic Data Processing (ADP) | B | Dividend | K | T | | | | | |
| 59. Computer Sciences Corp. common | A | Dividend | K | T | | | | | |
| 60. Target Corp. common | B | Dividend | L | T | | | | | |
| 61. Kellogg Company | A | Dividend | K | T | | | | | |
| 62. Windstream Corp. | C | Dividend | L | T | Buy | 05/14/10 | K | | |
| 63. Illinois Tool Works common | A | Dividend | K | T | | | | | |
| 64. Intel Corp common | A | Dividend | J | T | | | | | |
| 65. Intel Corp common | A | Dividend | J | T | | | | | |
| 66. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 67. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 68. Dreyfus Muni Money Market | A | Distribution | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Fiserv Inc. | | None | M | T | Sold (part) | 11/18/10 | J | D | |
| 70. Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 71. Clarcor Inc. | A | Dividend | | | Sold | 01/12/10 | J | | |
| 72. Ecolab common | A | Dividend | K | T | | | | | |
| 73. Patterson Companies common | B | Dividend | M | T | Sold (part) | 11/16/10 | J | D | |
| 74. Fastenal common | B | Dividend | | | Sold | 04/22/10 | M | G | |
| 75. Fastenal common | B | Dividend | L | T | Buy | 08/26/10 | K | | |
| 76. Permanent Portfolio Fund | A | Dividend | K | T | Buy | | J | | |
| 77. Stericycle Inc. | | None | K | T | Buy | 02/08/10 | J | | |
| 78. Techne Corp. | | None | K | T | Buy | 11/16/10 | J | | |
| 79. Powershares Global | | None | K | T | Buy | 11/17/10 | K | | |
| 80. Medco Health Solutions | | None | K | T | Buy | 08/26/10 | K | | |
| 81. Century Link Inc. | D | Dividend | M | T | Buy | 05/15/10 | L | | |
| 82. Valmont Industries | A | Dividend | K | T | Buy | 01/13/10 | J | | |
| 83. Valmont Industries | A | Dividend | K | T | Buy | 10/14/10 | J | | |
| 84. Harris Stratex Networks | | None | | | Sold | 02/08/10 | J | | |
| 85. Harley Davidson common | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Medtronic Inc. | A | Dividend | | | Sold | 05/06/10 | L | | |
| 87. Pepsico Inc. | | None | K | T | Buy | 12/06/10 | K | | |
| 88. Pepsico Inc. | | None | K | T | Buy | 12/30/10 | K | | |
| 89. McGraw-Hill common | A | Dividend | | | Sold | 11/23/10 | K | D | |
| 90. Walgreen | A | Dividend | | | Sold | 08/26/10 | K | | |
| 91. Emerson Electric | B | Dividend | L | T | | | | | |
| 92. EQT Corp. | A | Dividend | K | T | | | | | |
| 93. Federated Invs. Class B | B | Dividend | J | T | Sold (part) | 04/12/10 | K | | |
| 94. Microsoft Corp | A | Dividend | L | T | Buy | 11/23/10 | K | | |
| 95. McCormick & Co. | A | Dividend | K | T | | | | | |
| 96. VCA Antech Inc. | | None | K | T | | | | | |
| 97. General Electric | A | Dividend | K | T | | | | | |
| 98. Harris Corp. | A | Dividend | K | T | | | | | |
| 99. BP PLC common | B | Dividend | L | T | | | | | |
| 100. General Electric | A | Dividend | K | T | | | | | |
| 101. Pfizer Inc. | B | Dividend | K | T | | | | | |
| 102. Procter & Gamble | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JM Smucker | A | Dividend | J | T | | | | | |
| 104. UBS deposit account | A | Dividend | M | T | | | | | |
| 105. Ohio State Higher Educ. Fund muni | A | Interest | K | T | | | | | |
| 106. UBS custodial accts:Fidelity Adv. dividend growth | A | Distribution | J | T | | | | | |
| 107. Alliance College Bound Fund | | None | L | T | | | | | |
| 108. American Funds College America | | None | N | T | Buy | 04/12/10 | J | | |
| 109. American Funds College America | | None | N | T | Redeemed (part) | 07/14/10 | K | | |
| 110. American Funds College America | | None | N | T | Redeemed (part) | 12/14/10 | K | | |
| 111. College Choice 529 plan | | None | J | T | Buy | 12/08/10 | J | | |
| 112. Fidelity Spartan 500 Index Fund | A | Distribution | | | Sold | 09/28/10 | J | C | |
| 113. Fidelity Growth and Income Fund | A | Distribution | | | Sold | 11/11/10 | K | | |
| 114. Vanguard 500 Index Fund | A | Distribution | | | Sold | 05/14/10 | L | D | |
| 115. OppenheimerFunds Legacy Program | A | Distribution | K | T | Donated (part) | 07/14/10 | | | |
| 116. OppenheimerFunds Legacy Program | A | Distribution | K | T | Donated (part) | 09/13/10 | | | |
| 117. Notre Dame Federal Credit Union savings | A | Dividend | K | T | | | | | |
| 118. Lehman Bros. fixed rate cd | | None | K | T | Buy | 11/16/10 | K | | |
| 119. Capmark BK fixed rate cd | | None | K | T | Buy | 11/16/10 | K | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  FT Franklin Fed interim mutual fund | B | Interest | M | T | Buy | 08/27/10 | M | | |
| 121.  Allegheny County PA muni bond | | None | K | T | Buy | 12/28/10 | K | | |
| 122.  Fernandina Beach FL muni bond | | None | K | T | Buy | 10/13/10 | K | | |
| 123.  Cape Coral FL muni bond | | None | K | T | Buy | 12/28/10 | K | | |
| 124.  MTA NYS Trans Rev muni bond | | None | J | T | Buy | 11/10/10 | J | | |
| 125.  Kane McKenry muni bond | | None | K | T | Buy | 12/28/10 | K | | |
| 126.  Indiana St Fin Auth muni bond | A | Interest | J | T | Buy | 07/23/10 | J | | |
| 127.  Washoe County Nev muni bond | A | Interest | J | T | Buy | 07/23/10 | J | | |
| 128.  AAG Holding Co. Inc. senior notes | A | Interest | J | T | Buy | 10/20/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1.001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 05/24/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 99 and 100: Self-directed charitable foundation (value donated to charity reduced corpus in fund)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544